IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
DEC 14 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 21-350 PRW |
| -vs- ) | |
| ) | |
| ZACHARY ARTHUR MONNAHAN, ) | Violation: 18 U.S.C. § 2250(a) |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Failure to Register as a Sex Offender)

Between on or about January 13, 2021, to on or about December 14, 2021, in the Western District of Oklahoma and elsewhere,

---------------------------- ZACHARY ARTHUR MONNAHAN, --------------------------

an individual required to register under the Sex Offender Registration and Notification Act after receiving a Colorado felony conviction for a sex offense, traveled in interstate commerce and knowingly failed to register as a sex offender and update his sex offender registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*[signature: Jessica L. Cárdenas]*

JESSICA L. CÁRDENAS
Assistant United States Attorney